OPINION — AG — THE EMPLOYMENT SECURITY COMMISSION IS WITHOUT AUTHORITY TO RECONSIDER ITS ORIGINAL DETERMINATION AS TO QUALIFICATION FOR, OR THE AMOUNT OF, STATE UNEMPLOYMENT BENEFITS PAYABLE TO THE INDIVIDUAL INVOLVED, OR TO DEDUCT ANY AMOUNT FROM FUTURE BENEFITS PAYABLE TO SUCH INDIVIDUAL, OR TO SEEK TO RECOVER ANY AMOUNT FROM SUCH (FUNDS) INDIVIDUAL BY COURT ACTION (LEGAL PROCEEDINGS) (CLAIM IS DISQUALIFIED) CITE: 40 O.S. 215 [40-215], 40 O.S. 216 [40-216] (JAMES C. HARKIN)